```
___ FILED      ___ RECEIVED
___ ENTERED    ___ SERVED ON
               COUNSEL/PARTIES OF RECORD

          FEB 2 5 2011

         CLERK US DISTRICT COURT
           DISTRICT OF NEVADA
BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTINE ADAKAI,<br><br>　　　　　Plaintiff,<br>v.<br><br>WAL-MART STORES, INC.; DOES I through X; and ROE ENTITIES I through X,<br><br>　　　　　Defendants. | Case No.:　　2:11-cv-00091-RCJ-LRL<br><br>**STIPULATION TO DISMISS WITH PREJUDICE PLAINTIFF'S PUNITIVE DAMAGES CLAIM AND TO REMAND THIS MATTER TO NEVADA STATE COURT** |

　　COME NOW, Plaintiff CHRISTINE ADAKAI, by and through her attorney of record, DAVID A. TANNER, ESQ. of the TANNER LAW FIRM, and Defendant WAL-MART STORES, INC., by and through its attorney of record, JOHN P. JIMENEZ, ESQ. of PHILLIPS, SPALLAS & ANGSTADT LLC, and, stipulate that Plaintiff's claim for "punitive and/or exemplary damages," as claimed in Paragraphs 15 and 22 of Plaintiff's Complaint, on file herein, be **dismissed with prejudice**.  Moreover, presuming that Plaintiff's punitive damages claims are dismissed with prejudice, this Court would lack jurisdiction over this matter pursuant to 28 U.S.C. §1332(a).

///

///

///

Therefore, the parties hereby stipulate, and respectfully request that this Court order, that this matter be **remanded** to Nevada state court.

| | |
|---|---|
| **TANNER LAW FIRM** | **PHILLIPS, SPALLAS & ANGSTADT, LLC** |
| DATED this 22nd day of February, 2011. | DATED this 22nd day of February, 2011. |
| **TANNER LAW FIRM** | **PHILIPS, SPALLAS & ANGSTADT LLC** |
| /s/ David A. Tanner | /s/ John P. Jimenez |
| David A. Tanner, Esq. | John P. Jimenez, Esq. |
| 9555 S. Eastern Avenue, Suite #270 | 504 South Ninth Street |
| Las Vegas, Nevada 89123 | Las Vegas, NV 89101 |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |
| *Christine Adakai* | *Wal-Mart Stores, Inc.* |

## ORDER

**IT IS SO ORDERED**, as stipulated by the parties, that Plaintiff Christine Adakai's claims for "punitive and/or exemplary damages," as claimed in Paragraphs 15 and 22 of Plaintiff's Complaint, on file herein, are hereby **DISMISSED WITH PREJUDICE**.

Moreover, it is hereby ordered as stipulated by the parties, that this matter is **REMANDED** to Nevada state court.

DATED on this 25th day of February, 2011.

_____
UNITED STATES MAGISTRATE JUDGE